UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

ANDRE HOLLOMAN,

                               Plaintiff,

              -against-

SERGEANT ERIC DYM, *et al*.,

                          Defendants.

------------------------------------------------------------------------- x

**NOTICE OF RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW and ALTERNATIVE MOTION FOR A NEW TRIAL OR REMITTITUR**

11 Civ. 1624 (AKH)

        **PLEASE TAKE NOTICE** that upon the memorandum of law in support of defendants' renewed motion for judgment as a matter of law and alternative motion for a new trial or remittitur, all supporting declarations and annexed exhibits, and upon all prior pleadings and proceedings had herein, defendants Sergeant Eric Dym and Police Officer Seth Bellber will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, for an order pursuant to Rules 50 and 59 directing the entry of judgment in their favor as a matter of law or, alternatively, a new trial or remittitur, together with such other relief as this Court deems just proper.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order issued on the record on June 26, 2012, defendants must file their supporting papers on or before July 27, 2012 and any opposition papers must be served on the undersigned on or before August 6, 2012.

Dated:      New York, New York
            July 5, 2012

                            MICHAEL A. CARDOZO
                            Corporation Counsel of the
                                City of New York
                            *Attorneys for Defendants*
                            100 Church Street
                            New York, New York 10007
                            (212) 788-0976/1096


                    By:     _____
                            Elizabeth Krasnow
                            Sumit Sud
                            Assistant Corporation Counsel

Docket No. 11 Civ. 1624 (AKH)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE HOLLOMAN,

                                        Plaintiff,

              -against-

SERGEANT ERIC DYM, *et al.*,

                                        Defendants.

**NOTICE OF RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND ALTERNATIVE MOTION FOR A NEW TRIAL**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorneys for Defendants*
*100 Church Street*
*New York, New York  10007*

*Of Counsel: Elizabeth Krasnow/*
*Sumit Sud*
*Tel:  (212) 788-0976/1096*

*Due and timely service is hereby admitted.*

*New York, N.Y............................................. , 2012....*

*.......................................................................... Esq.*

*Attorney for ...............................................................*